UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAHMOUD A. NADA,

                                                Plaintiff,

-against-

1199 SEIU HEALTH CARE EMPLOYEES UNION,

                                            Defendant.
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/21/09

**ORDER GRANTING ADJOURNMENT**

09 Civ. 5796 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      Upon application of the defendant in the above-referenced matter, with the consent of the plaintiff, the date for the status conference, previously set for September 2, 2009 at 4:30 p.m., is rescheduled to September 9, 2009 at 4:30 pm.

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

DATED:  New York, New York
             August 21, 2009

# LEVY RATNER, P.C.
### Attorneys at Law
### 80 Eighth Avenue
### New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein"
Gwynne A. Wilcox"
Pamela Jeffrey
Owen M. Rumelt"
Kevin Finnegan
Carl J. Levine*
David Slutsky°
Allyson L. Belovin
Suzanne Hepner*

Ezekiel D. Carder
Dana E. Lossia°
Susan J. Cameron°
Micah Wissinger"
Ryan J. Barbur
Vanessa Flores °

Senior Counsel:
Richard Dorn
Robert H. Stroup
Paul Schuchter*

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz[†]



AUG 2_ 2009

August 20, 2009

**VIA FACSIMILE**

Hon. Shira A. Scheindlin
United States District Court for the Southern
  District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   **Mahmoud A. Nada v. 1199 SEIU Health Care Employees Union**
      **Civil Action No. 09 Civ. 5796 (SAS)**

Dear Hon. Judge Scheindlin:

    I am lead counsel for the defendant 1199SEIU in the above-referenced matter. I am writing to request an adjournment of the status conference now scheduled for September 2, 2009 at 4:30 P.M. This is the first request for an adjournment of this conference and because this is the first scheduling conference with the Court, no subsequent deadlines are affected.

    I will be out of the city on a long-scheduled vacation the week of August 31, 2009. Because I am lead counsel, I would like to be present for this conference. Additionally, Mr. Carder is scheduled to be involved in contract negotiation meetings that afternoon.

    I have prepared an Order for the Court's consideration, as required by the Court's Individual Rules and Procedures.

    Mr. Nada has consented to this request.

Sincerely,

*Robert H. Stroup*

Robert H. Stroup

RHS:jw
Encl.
cc:   Mahmoud A. Nada (via U.S. Mail)

° Admitted in NY, MA and DC    * Admitted in NY, NJ and PA    " Admitted in NY and DC
ª Admitted in NY and NJ    ' Admitted in NY and CT    ° Admitted in NJ only    [†] Admitted in NY and MA

1-124-00018 56036.doc